**Fill in this information to identify the case:**

Debtor 1: STEVEN PHILLIP CISNEROS, SR.

Debtor 2: ELVIRA CISNEROS
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of CA (State)

Case number: 18-90427

# Form 4100R
## Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 3 4 0 6

**Property address:**
3625 Balfour Ln
Number   Street

Modesto,     CA     95357
City         State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ 2,321.28

b. Total fees, charges, expenses, escrow, and costs outstanding:   PPFE FILED 7/9/19)    325.00
(-) Suspense Acct    ☒ (b) $ 366.14

c. **Total**. Add lines a and b.      (c) $ 2,280.14

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   08/15/2023
MM / DD / YYYY

Form 4100R          Response to Notice of Final Cure Payment          page 1

| Debtor 1 | STEVEN PHILLIP CISNEROS, SR. | Case number (if known) | 18-90427 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _____[signature]_____     Date 08/28/2023
Signature

Print: Sutiya _____ Ali
      First Name    Middle Name    Last Name

Title: **Assistant Secretary**

Company: Nationstar Mortgage LLC subservicer for Rushmore Loan Management Services

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 55004
      Number    Street

Irvine     CA    92619
City     State    ZIP Code

Contact phone (888) 504-6700     Email _____



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 06/15/18 | 1,839.26 | 404.38 | 2,243.64 | Payment listed in POC |
| 05/15/19 | 1,839.26 | 422.44 | 2,261.70 | NOPC filed with the court |
| 11/15/20 | 1,839.26 | 446.43 | 2,285.69 | NOPC filed with the court |
| 08/15/21 | 1,839.26 | 444.70 | 2,283.96 | NOPC filed with the court |
| 08/15/22 | 1,839.26 | 541.34 | 2,380.60 | NOPC filed with the court |
| 08/15/23 | 1,839.26 | 482.02 | 2,321.28 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Loan# | | |
|---|---|---|
| Borrower: | Cisneros | |
| Date Filed: | 6/7/2018 | |
| BK Case # | 18-90427 | |
| First Post Petition Due Date | 6/15/2018 | |
| POC covers: | 08/2017-05/2018 | PPFN $325.00 |
| MOD EFFECTIVE DATE: | N/A | |

| Date | Amount Recvd | PRE/POST/APO | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 7/31/2018 | $2,244.45 | Post | 6/15/18 | 8/15/17 | $2,243.64 | $0.81 | $0.81 | | $0.81 | | | | $23.56 | $0.00 | | |
| 8/31/2018 | $2,242.83 | Post | 7/15/18 | 9/15/17 | $2,243.64 | -$0.81 | | $0.81 | $0.00 | | | | $23.56 | $0.00 | | |
| 9/30/2018 | $2,243.64 | Post | 8/15/18 | 10/15/17 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 10/31/2018 | $2,243.64 | Post | 9/15/18 | 11/15/17 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 12/24/2018 | $2,243.64 | Post | 10/15/18 | 12/15/17 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 1/22/2019 | $2,243.64 | Post | 11/15/18 | 1/15/18 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 2/25/2019 | $2,243.64 | Post | 12/15/18 | 2/15/18 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 3/23/2019 | $2,243.64 | Post | 1/15/19 | 3/15/18 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 4/20/2019 | $2,243.64 | Post | 2/15/19 | 4/15/18 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 5/13/2019 | $2,243.64 | Post | 3/15/19 | 5/15/18 | $2,243.64 | $0.00 | | | $0.00 | | | | $23.56 | $0.00 | | |
| 7/18/2019 | | Pre | | 6/15/18 | | $0.00 | | | $0.00 | 8/15/2017 | $4,333.64 | $2,230.88 | $2,126.32 | $4,333.64 | | |
| 7/24/2019 | $2,261.70 | Post | 4/15/19 | 7/15/18 | $2,243.64 | $18.06 | $18.06 | | $18.06 | | | | $2,126.32 | $4,333.64 | | |
| 7/29/2019 | $2,261.70 | Post | 5/15/19 | 8/15/18 | $2,261.70 | $0.00 | $0.00 | | $18.06 | | | | $2,126.32 | $4,333.64 | | |
| 7/29/2019 | | Pre | | | | $0.00 | | | $18.06 | | | $1,083.41 | $3,209.73 | $5,417.05 | | |
| 8/12/2019 | $2,261.70 | Post | 6/15/19 | 9/15/18 | $2,261.70 | $0.00 | | | $18.06 | | | | $3,209.73 | $5,417.05 | | |
| 8/20/2019 | | Pre | | 10/15/18 | | $0.00 | | | $18.06 | 9/15/2017 | $1,083.41 | $2,230.88 | $2,062.26 | $6,500.46 | | |
| 9/14/2019 | | Pre | | 11/15/18 | | $0.00 | | | $18.06 | 10/15/2017 | $1,083.41 | $2,230.88 | $914.79 | $7,583.87 | | |
| 9/21/2019 | $2,261.70 | Post | 7/15/19 | 12/15/18 | $2,261.70 | $0.00 | | | $18.06 | | | | $914.79 | $7,583.87 | | |
| 11/14/2019 | $4,523.40 | Post | 8/15/19 | 1/15/19 | $2,261.70 | $2,261.70 | $2,261.70 | | $2,279.76 | | | | $914.79 | $7,583.87 | | |
| 11/14/2019 | | Post | 9/15/19 | 2/15/19 | $2,261.70 | -$2,261.70 | | $2,261.70 | $18.06 | | | | $914.79 | $7,583.87 | | |
| 11/15/2019 | | Pre | | | | $0.00 | | | $18.06 | | | $1,083.41 | $1,998.20 | $8,667.28 | | |
| 1/9/2020 | $4,523.40 | Post | 10/15/19 | 3/15/19 | $2,261.70 | $2,261.70 | $2,261.70 | | $2,279.76 | | | | $1,998.20 | $8,667.28 | | |
| 1/9/2020 | | Post | 11/15/19 | 4/15/19 | $2,261.70 | -$2,261.70 | | $2,261.70 | $18.06 | | | | $1,998.20 | $8,667.28 | | |
| 2/26/2020 | | Pre | | 5/15/19 | | $0.00 | | | $18.06 | 11/15/2017 | $1,083.41 | $2,230.88 | $850.73 | $9,750.69 | | |
| 3/10/2020 | $2,261.70 | Post | 12/15/19 | 6/15/19 | $2,261.70 | $0.00 | | | $18.06 | | | | $850.73 | $9,750.69 | | |
| 3/14/2020 | $2,261.70 | Post | 1/15/20 | 7/15/19 | $2,261.70 | $0.00 | | | $18.06 | | | | $850.73 | $9,750.69 | | |
| 4/7/2020 | $2,261.70 | Post | 2/15/20 | 8/15/19 | $2,261.70 | $0.00 | | | $18.06 | | | | $850.73 | $9,750.69 | | |
| 4/13/2020 | | Pre | | | | $0.00 | | | $18.06 | | | $1,083.41 | $1,934.14 | $10,834.10 | | |
| 6/16/2020 | $4,523.40 | Post | 3/15/20 | 9/15/19 | $2,261.70 | $2,261.70 | $2,261.70 | | $2,279.76 | | | | $1,934.14 | $10,834.10 | | |
| 6/16/2020 | | Post | 4/15/20 | 10/15/19 | $2,261.70 | -$2,261.70 | | $2,261.70 | $18.06 | | | | $1,934.14 | $10,834.10 | | |
| 6/17/2020 | | Pre | | 11/15/19 | | $0.00 | | | $18.06 | 12/15/2017 | $2,166.82 | $2,230.88 | $1,870.08 | $13,000.92 | | |
| 7/15/2020 | $2,261.70 | Post | 5/15/20 | 12/15/19 | $2,261.70 | $0.00 | | | $18.06 | | | | $1,870.08 | $13,000.92 | | |
| 7/24/2020 | | Pre | | 1/15/20 | | $0.00 | | | $18.06 | 1/15/2018 | $4,333.64 | $2,230.88 | $3,972.84 | $17,334.56 | | |
| 8/12/2020 | $2,261.70 | Post | 6/15/20 | 2/15/20 | $2,261.70 | $0.00 | | | $18.06 | | | | $3,972.84 | $17,334.56 | | |
| 8/28/2020 | | pre | | | | $0.00 | | | $18.06 | | | $3,576.72 | $7,549.56 | $20,911.28 | | |
| 8/31/2020 | | Pre | | 3/15/20 | | $0.00 | | | $18.06 | 2/15/2018 | | $2,230.88 | $5,318.68 | $20,911.28 | | |
| 8/31/2020 | | pre | | 4/15/20 | | $0.00 | | | $18.06 | 3/15/2018 | | $2,230.88 | $3,087.80 | $20,911.28 | | |
| 8/31/2020 | | pre | | 5/15/20 | | $0.00 | | | $18.06 | 4/15/2018 | | $2,243.64 | $844.16 | $20,911.28 | | |
| 8/31/2020 | | pre | | Escrow | | $0.00 | | | $18.06 | | | $808.72 | $35.44 | $20,911.28 | | |
| 8/31/2020 | | pre | | Corp | | $0.00 | | | $18.06 | | | $1.00 | $34.44 | $20,911.28 | | |
| 9/10/2020 | $2,261.70 | Post | 7/15/20 | 6/15/20 | $2,261.70 | $0.00 | | | $18.06 | | | | $34.44 | $20,911.28 | | |
| 9/29/2020 | | pre | | | | $0.00 | | | $18.06 | | | $1,097.39 | $1,131.83 | $22,008.67 | | |
| 10/12/2020 | $2,261.70 | Post | 8/15/20 | 7/15/20 | $2,261.70 | $0.00 | | | $18.06 | | | | $1,131.83 | $22,008.67 | | |
| 10/22/2020 | $102.00 | Post | | | | $102.00 | $102.00 | | $120.06 | | | | $1,131.83 | $22,008.67 | | |
| 10/23/2020 | | Pre | | | | $0.00 | | | $120.06 | | | $742.90 | $1,874.73 | $22,751.57 | | |
| 11/12/2020 | $2,261.70 | Post | 9/15/20 | 8/15/20 | $2,261.70 | $0.00 | | | $120.06 | | | | $1,874.73 | $22,751.57 | | |
| 1/12/2021 | $4,571.38 | Post | 10/15/20 | 9/15/20 | $2,261.70 | $2,309.68 | $2,309.68 | | $2,429.74 | | | | $1,874.73 | $22,751.57 | | |
| 1/12/2021 | | Post | 11/15/20 | 10/15/20 | $2,285.69 | -$2,285.69 | | $2,285.69 | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 2/10/2021 | $2,285.69 | Post | 12/15/20 | 11/15/20 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 3/10/2021 | $2,285.69 | Post | 1/15/21 | 12/15/20 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 4/13/2021 | $2,285.69 | Post | 2/15/21 | 1/15/21 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 5/12/2021 | $2,285.69 | Post | 3/15/21 | 2/15/21 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 6/11/2021 | $2,285.69 | Post | 4/15/21 | 3/15/21 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 7/15/2021 | $2,285.69 | Post | 5/15/21 | 4/15/21 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 8/16/2021 | $2,285.69 | Post | 6/15/21 | 5/15/21 | $2,285.69 | $0.00 | | | $144.05 | | | | $1,874.73 | $22,751.57 | | |
| 9/9/2021 | $2,283.96 | Post | 7/15/21 | 6/15/21 | $2,285.69 | -$1.73 | | $1.73 | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 10/14/2021 | $2,283.96 | Post | 8/15/21 | 7/15/21 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 11/15/2021 | $2,283.96 | Post | 9/15/21 | 8/15/21 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 1/19/2022 | $2,283.96 | Post | 10/15/21 | 9/15/21 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 2/11/2022 | $2,283.96 | Post | 11/15/21 | 10/15/21 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 3/11/2022 | $2,283.96 | Post | 12/15/21 | 11/15/21 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 4/13/2022 | $4,567.92 | Post | 1/15/22 | 12/15/21 | $2,283.96 | $2,283.96 | $2,283.96 | | $2,426.28 | | | | $1,874.73 | $22,751.57 | | |
| 4/13/2022 | | Post | 2/15/22 | 1/15/22 | $2,283.96 | -$2,283.96 | | $2,283.96 | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 5/12/2022 | $2,283.96 | Post | 3/15/22 | 2/15/22 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 6/14/2022 | $2,283.96 | Post | 4/15/22 | 3/15/22 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 7/14/2022 | $2,283.96 | Post | 5/15/22 | 4/15/22 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 8/12/2022 | $2,283.96 | Post | 6/15/22 | 5/15/22 | $2,283.96 | $0.00 | | | $142.32 | | | | $1,874.73 | $22,751.57 | | |
| 9/19/2022 | $2,380.60 | Post | 7/15/22 | 6/15/22 | $2,283.96 | $96.64 | $96.64 | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 10/19/2022 | $2,380.60 | Post | 8/15/22 | 7/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 11/16/2022 | $2,380.60 | Post | 9/15/22 | 8/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 12/19/2022 | $2,380.60 | Post | 10/15/22 | 9/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 1/18/2023 | $2,380.60 | Post | 11/15/22 | 10/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 2/17/2023 | $2,380.60 | Post | 12/15/22 | 11/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 3/20/2023 | $2,380.60 | Post | 1/15/23 | 12/15/22 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 4/19/2023 | $2,380.60 | Post | 2/15/23 | 1/15/23 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 5/16/2023 | $2,380.60 | Post | 3/15/23 | 2/15/23 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 6/19/2023 | $2,380.60 | Post | 4/15/23 | 3/15/23 | $2,380.60 | $0.00 | | | $238.96 | | | | $1,874.73 | $22,751.57 | | |
| 6/30/2023 | $127.18 | Post | | | | $127.18 | $127.18 | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| 7/14/2023 | $2,380.60 | Post | 5/15/23 | 4/15/23 | $2,380.60 | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| 7/20/2023 | $2,380.60 | Post | 6/15/23 | 5/15/23 | $2,380.60 | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| 8/11/2023 | $2,380.60 | Post | 7/15/23 | 6/15/23 | $2,380.60 | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| | | | | | | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| DUE | | | | 8/15/23 | | $2,321.28 | -$2,321.28 | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| | | | | | | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| | | | | | | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| | | | | | | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |
| | | | | | | $0.00 | | | $366.14 | | | | $1,874.73 | $22,751.57 | | |

**Fill in this information to identify the case:**

Debtor 1: STEVEN PHILLIP CISNIEROS, SR

Debtor 2: ELVIRA CISNEROS
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of CA
(State)

Case number: 18-90427

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 7 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: PLAN REVIEW | 1/12/2019 | (11) $ 325.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 1

| Debtor 1 | STEVEN PHILLIP CISNEROS, SR | Case number (*if known*) | 18-90427 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Diane Weifenbach     Date 7 / 9 / 2019
Signature

Print: Diane Weifenbach     Title: Attorney
First Name   Middle Name   Last Name

Company: Law Offices of Diane Weifenbach

Address: 5120 E. LaPalma Ave., #209
Number   Street
Anaheim Hills     CA     92807
City     State     ZIP Code

Contact phone (714) 695 – 6637     Email: Diane@attylsi.com

Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph: (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor U.S. BANK, NA
As Legal Title Trustee for Truman 2016 S6 Title Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (MODESTO)

| | |
|---|---|
| In Re: | CASE NO. : 18-90427 |
| STEVEN PHILLIP CISNEROS, SR, AND ELVIRA CISNEROS, | CHAPTER 13 |
| DEBTOR. | **CERTIFICATE OF SERVICE** |

I, HOPE UPHAM, declare as follows:

    I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 5120 E. La Palma Ave. #209, Anaheim, CA 92807.

    On ___July 9___, 2019, I served the following document(s) described as:

- NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES
- CERTIFICATE OF SERVICE

1 **CERTIFICATE OF SERVICE**

1 | on the interested parties in this action as follows via U.S. Mail, postage prepaid:

<u>Debtor</u>
Steven Phillip Cisneros, Sr.
Elvira Cisneros
3625 Balfour Ln
Modesto, CA 95357

<u>Debtor Counsel:</u>
Brian S. Haddix
1224 I Street
Modesto, CA 95354

<u>Ch 13. Trustee</u>
Russell D. Greer
P.O. Box 3051
Modesto, CA 95353-3051

<u>U.S. Trustee</u>
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

 [X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Anaheim, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __July 9_____, 2019  at Anaheim, California.


__/s/ Hope Upham_____
Hope Upham

2 **CERTIFICATE OF SERVICE**

Filed 08/30/23  Case 18-90427  Doc

Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph: (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor U.S. Bank, National Association as Legal Title Trustee for Truman 2016 S6 Title Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (MODESTO)

| | |
|---|---|
| In Re: | CASE NO. : 18-90427 |
| STEVEN PHILLIP CISNEROS, SR. AND ELVIRA CISNEROS, | CHAPTER 13 |
| DEBTORS. | **CERTIFICATE OF SERVICE** |

I, HOPE UPHAM, declare as follows:

    I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 5120 E. La Palma Ave. #209, Anaheim, CA 92807.

    On __August 30, 2023__, I served the following document(s) described as:

- RESPONSE TO NOTICE OF FINAL CURE PAYMENT
- CERTIFICATE OF SERVICE

///

///

1 **CERTIFICATE OF SERVICE**

on the interested parties in this action as follows via U.S. Mail, postage prepaid:

<u>Debtors:</u>
Steven Phillip Cisneros, Sr.
Elvira Cisneros
3625 Balfour Ln
Modesto, CA 95357

<u>Debtors' Counsel:</u>
Brian S. Haddix
1224 I Street
Modesto, CA  95354

[X]     (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Anaheim, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**<u>SERVED BY ELECTRONIC MAIL TO THE FOLLOWING PARTIES WHO HAVE OPTED IN TO ELECTRONIC SERVICE</u>**:  August 30, 2023
Ch. 13 Trustee: Russell D. Greer - efile@mod13.com
U.S. Trustee: United States Trustee: ustpregion17.sc.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __August 30, 2023___, at Anaheim, California.


/s/ Hope Upham
Hope Upham

2  **CERTIFICATE OF SERVICE**